# UNITED STATES DISTRICT COURT
для the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Adam Fox, Barry Croft, Ty Garbin, Kaleb Franks, Daniel Harris and Brandon Caserta | ) ) ) ) ) | Case No. 1:20-mj-416 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2020 to the present__ in the county of __Kent and elsewhere__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

RICHARD TRASK, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2020

*Judge's signature*

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*