UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,                               No. 1:20-mj-416

v.

ADAM FOX, BARRY CROFT,
TY GARBIN, KALEB FRANKS,
DANIEL HARRIS AND
BRANDON CASERTA,

   Defendants.                    **MOTION & ORDER TO SEAL**
_____/

     Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Nils R. Kessler, Assistant United States Attorney, and moves this court to seal the Complaint in the above entitled case. The United States seeks to avoid jeopardizing the investigation and avoid giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. It is requested that such sealing remain in force and operation until further order of this court or arrest of defendants.

                                                    Respectfully submitted,

                                                    ANDREW BYERLY BIRGE
                                                    United States Attorney

Dated:  October 6, 2020                 _____
                                                    NILS R. KESSLER
                                                    Assistant United States Attorney
                                                    P.O. Box 208
                                                    Grand Rapids, MI   49501-0208
                                                    (616) 456-2404

IT IS SO ORDERED.

Dated: October 6, 2020  /s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge
United States District Court