UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            No. 1:20-mj-416-SJB

v.

ADAM FOX, BARRY CROFT,
TY GARBIN, KALEB FRANKS,
DANIEL HARRIS AND
BRANDON CASERTA,

    Defendants.                           **PENALTY SHEET**
_____/

**CHARGE**: Conspiracy to Commit Kidnapping [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years | [18 U.S.C. § 3583(b)(1)] |
| | Class A felony | [18 U.S.C. § 3559(a)(1)] |

Date: 10/6/2020                                  /s/ Nils R. Kessler
                                                            Counsel for the United States

Submitted in accordance with Admin. Order 17-MS-046