UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:20–mj–416

    v.                                       Hon. Sally J. Berens

ADAM FOX,
TY GARBIN,
KALEB FRANKS,
DANIEL HARRIS,
BRANDON CASERTA,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    First Appearance
Date/Time:               October 8, 2020   02:00 PM
Magistrate Judge:    Sally J. Berens
Place/Location:         650 Federal Building, Grand Rapids, MI

*Public courtroom access will be available but may be limited due to coronavirus precautions in place. Public audio access (listen only) for the 10/8/2020 2:00 PM hearing is available by phone at (888) 363–4734 with Access Code 6957754#. RECORDING OF THIS PROCEEDING WITHOUT COURT PERMISSION IS PROHIBITED LGenR 4.1(c)(i).*

                                                      SALLY J. BERENS
                                                      U.S. Magistrate Judge

Dated:  October 8, 2020        By:   /s/ Cynthia Black Hosner
                                                     Judicial Assistant