# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Adam Fox | | Mag. Judge: Sally J. Berens |
|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-mj-00416-SJB | 10/13/2020 | 9:40 a.m. - 1:04 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils R. Kessler, Austin Hakes | Helen C. Nieuwenhuis | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

### TYPE OF HEARING
__ First Appearance
__ Arraignment:
   __ mute   __ nolo contendre
   __ not guilty   __ guilty
__ Initial Pretrial Conference
__ Detention   (waived __)
✓ Preliminary   (waived __)
__ Rule 5 Proceeding
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
__ Other: _____

### DOCUMENTS
__ Defendant's Rights
__ Waiver of _____
__ Consent to Mag. Judge for _____
__ Other: _____

Court to Issue:
__ Report & Recommendation
__ Order of Detention
__ Order to file IPTC Statements
__ Bindover Order
__ Order Appointing Counsel
__ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
   __ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Government's witness FBI Special Agent Richard Trask testified; Exhibits 1-22 admitted.<br><br>Defendant's request for continuance of preliminary hearing and detention hearing granted. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __ Yes __ No<br>Defendant informed of right to appeal:   __ Yes __ No<br>Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Preliminary/Detention Hearings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Lenon |