UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 1:20–mj–416

    v.                            Hon. Sally J. Berens

ADAM FOX,
TY GARBIN,
KALEB FRANKS,
DANIEL HARRIS,
BRANDON CASERTA,

      Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Preliminary Hearing
Date/Time:              October 16, 2020   10:00 AM
Magistrate Judge:    Sally J. Berens
Place/Location:        699 Federal Building, Grand Rapids, MI

*Defendants Adam Fox and Ty Garbin will also have detention hearings.*

                                              SALLY J. BERENS
                                              U.S. Magistrate Judge

Dated:  October 14, 2020       By:    /s/ Cynthia Black Hosner
                                                  Judicial Assistant