UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:20–mj–416

   v.                                   Hon. Sally J. Berens

ADAM FOX,
TY GARBIN,
KALEB FRANKS,
DANIEL HARRIS,
BRANDON CASERTA,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | December 17, 2020   11:00 AM *(previously set for November 4, 2020)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                SALLY J. BERENS
                                                U.S. Magistrate Judge

Dated:  October 30, 2020        By:   /s/ Cynthia Black Hosner
                                               Judicial Assistant