UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ADAM FOX,
TY GARBIN,
KALEB FRANKS,
DANIEL HARRIS, and
BRANDON CASERTA,

        Defendants.
_____/

No. 1:20-mj-416

Hon. Sally J. Berens
United States Magistrate Judge

## **PROTECTIVE ORDER**

For the reasons stated in the Motion for Protective Order, it is hereby ORDERED pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure that:

1. Discovery material provided by the government is to be used solely for the preparation of the defense in this case. Defense counsel, not the defendant, will decide whether such use and/or disclosure is necessary to the defense. This limitation applies to all discovery provided by the government in this criminal action, including discovery provided after issuance of this Order.

2. Defense counsel may disclose such discovery material to: (a) members of the defense team; consisting of counsel, co-counsel, paralegals, investigators, litigation support personnel, the defendant, and secretarial staff; (b) experts or consultants retained to assist in preparation of the defense; (c) potential witnesses in this case identified by the defense team; and (d) this Court.

3. Defense counsel may disclose the discovery materials to their clients, but will not allow the defendants to retain unredacted copies of discovery materials in pretrial custody.

4. Defense counsel will take all reasonable steps necessary to ensure that government discovery materials are not improperly disclosed.

SO ORDERED, this  12th  day of   November          2020.

    /s/ Sally J. Berens
Hon. Sally J. Berens
United States Magistrate Judge