THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM FOX,
KALEB FRANKS,
DANIEL HARRIS,
BRANDON CASERTA,

    Defendants.

Case No. 1:20-MJ-416

Hon. Sally J. Berens
U.S. Magistrate Judge

## DEFENDANTS' MOTION FOR LEAVE TO FILE
## UNDER RESTRICTED ACCESS

Defendants, through counsel, move the Court for leave to file the attached report under restricted access in the above-captioned case. Defendants' request leave to file under restricted access, limiting such access to counsel for the named defendants because this is a budget-related pleading that would normally be filed ex-parte.

Date: December 7, 2020

**SHARON A. TUREK**
**Federal Public Defender**

By:  */s/ Helen C. Nieuwenhuis*
    Helen C. Nieuwenhuis
    Sean Tilton
    Attorneys for Defendant Fox
Business Address:
    50 Louis St. NW, Ste. 300
    Grand Rapids, MI 49503-2633
    (616) 742-7420

**SCOTT GRAHAM PLLC**

By:  */s/ Scott Graham*
    Scott Graham
    Attorney for Defendant Franks
Business Address:
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    (269) 327-0585

| | |
|---|---|
| **DOUGLAS LAW PLLC** | **HILLS AT LAW, PC** |
| By: /s/ *Parker Douglas* | By: /s/ *Michael D. Hills* |
| Parker Douglas | Michael D. Hills |
| Attorney for Defendant Harris | Attorney for Defendant Caserta |
| Business Address: | Business Address: |
| 106 East 8th Street | 425 S. Westnedge Avenue |
| Holland, Michigan 49423 | Kalamazoo, Michigan 49007 |
| (801) 699-7746 | (269) 373-5430 |

IT IS SO ORDERED

Date: _____   _____