THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADAM FOX,
KALEB FRANKS,
DANIEL HARRIS,
BRANDON CASERTA,

      Defendants.

Case No. 1:20-MJ-416

Hon. Sally J. Berens
U.S. Magistrate Judge

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS

Defendants, through counsel, move the Court for leave to file the attached report under restricted access in the above-captioned case. Defendants' request leave to file under restricted access, limiting such access to counsel for the named defendants because this is a budget-related pleading that would normally be filed ex-parte.

Date: December 7, 2020

**SHARON A. TUREK**
**Federal Public Defender**

By:   */s/ Helen C. Nieuwenhuis*
     Helen C. Nieuwenhuis
     Sean Tilton
     Attorneys for Defendant Fox
Business Address:
     50 Louis St. NW, Ste. 300
     Grand Rapids, MI 49503-2633
     (616) 742-7420

**SCOTT GRAHAM PLLC**

By:   */s/ Scott Graham*
     Scott Graham
     Attorney for Defendant Franks
Business Address:
     1911 West Centre Avenue, Suite C
     Portage, Michigan 49024
     (269) 327-0585

| | |
|---|---|
| **DOUGLAS LAW PLLC** | **HILLS AT LAW, PC** |
| By:  /s/ Parker Douglas | By:  /s/ Michael D. Hills |
|     Parker Douglas |     Michael D. Hills |
|     Attorney for Defendant Harris |     Attorney for Defendant Caserta |
| Business Address: | Business Address: |
|     106 East 8th Street |     425 S. Westnedge Avenue |
|     Holland, Michigan 49423 |     Kalamazoo, Michigan 49007 |
|     (801) 699-7746 |     (269) 373-5430 |

IT IS SO ORDERED

Date:  December 8, 2020

 /s/ Sally J. Berens
  SALLY J. BERENS
  United States Magistrate Judge